**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **GUYZAR LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:16-cv-00222** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **TRAVELZOO, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Motion for Dismissal with Prejudice of all claims asserted between

Plaintiff Guyzar, LLC ("Plaintiff" or "Guyzar") and Defendant Travelzoo, Inc. ("Defendant" or

"Travelzoo"), the *Motion for Dismissal with Prejudice* is GRANTED, and it is ORDERED,

ADJUDGED and DECREED that all claims asserted in this suit between Plaintiff and Defendant,

are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the

party that incurred them.

**SIGNED this 12th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE